1  GARY E. WEISS (State Bar No. 122962)
   DENISE M. MINGRONE (State Bar No. 135224)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California 94025
   Telephone:   650-614-7400
4  Facsimile:   650-614-7401

5  MICHAEL D. WEIL (State Bar No. 209056)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, California 94105-2669
   Telephone:   415-773-5700
8  Facsimile:   415-773-5759

9  Attorneys for Defendant
   Genentech, Inc.
10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15 JOHNSON & JOHNSON VISION CARE,     Case No. C 06 2898 SC
   INC., a Florida corporation,
16                                    **STIPULATION AND** ~~PROPOSED~~
              Plaintiff,              **ORDER REGARDING DEFENDANT**
17                                    **GENENTECH, INC.'S MOTION TO**
          v.                          **DISMISS**
18
   GENENTECH, INC., a Delaware corporation;
19 and DOES 1 through 50, inclusive,

20            Defendants.

21
22
23
24
25
26
27
28

US_WEST:260033789.1                          DEFENDANT GENENTECH'S STIPULATION
                                                    (CASE NO. C 06 2898 SC)

1. The motion to dismiss filed by Defendant Genentech, Inc. ("Genentech") is presently scheduled to be heard on July 7, 2006. Due to the unavailability of counsel for Plaintiff Johnson & Johnson Vision Care on July 7, 2006, the parties hereby agree and stipulate as follows:

   1. The motion to dismiss shall be heard on July 28, 2006 at 10:00 a.m.
   2. Plaintiff's opposition brief shall be filed on or before June 30, 2006.
   3. Genentech's reply brief shall be filed on or before July 14, 2006.

Dated: June 9, 2006

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/ s / Gary E. Weiss_____
Gary E. Weiss
Attorneys for Defendant
Genentech, Inc.


MARK A. NEUBAUER
REBECCA EDELSON
DOMINIQUE N. THOMAS
ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____/ s / Rebecca Edelson_____
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.

IT IS SO ORDERED.

The Hon. _____
IT IS SO ORDERED
Judge Samuel Conti