| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| | Mark A. Neubauer (SBN 73728) |
| 2 | Rebecca Edelson, Esq. (SBN 150464) |
| | 2121 Avenue of the Stars, Suite 900 |
| 3 | Los Angeles, CA 90067-5052 |
| | Telephone: 310-734-3200 |
| 4 | Facsimile: 310-734-3300 |
| | Email: mneubauer@steptoe.com |
| 5 | Email: redelson@steptoe.com |
| 6 | Attorneys for Plaintiff |
| | JOHNSON & JOHNSON VISION CARE, INC. |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

| | | |
|---|---|---|
| 11 | JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation, | CASE NO. CV 06-02898 SC |
| 12 | Plaintiff, | PLAINTIFF JOHNSON & JOHNSON VISION CARE, INC.'S APPLICATION RE SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER |
| 13 | vs. | |
| 14 | GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | Defendants. | |

17

18   Plaintiff JOHNSON & JOHNSON VISION CARE, INC. ("Plaintiff" hereby

19   applies to the Court for permission to substitute the law firm of Steptoe & Johnson LLP

20   for Alschuler Grossman Stein & Kahan as counsel of record beginning July 1, 2006. With

21   the Court's approval, beginning July 1, 2006, service of papers for Plaintiff should be as

22   follows:

23                    STEPTOE & JOHNSON LLP
                        Mark A. Neubauer, Esq.
24                       Rebecca Edelson, Esq.
                   2121 Avenue of the Stars, Suite 900
25                    Los Angeles, CA 90067-5052
                         Telephone: 310-734-3200
26                       Facsimile: 310-734-3300
                     Email: mneubauer@steptoe.com
27                    Email: bedelson@steptoe.com

28

896464_2.DOC

PLAINTIFF'S APPLICATION RE
SUBSTITUTION OF ATTORNEY; [PROPOSED]
ORDER - CASE NO. CV 06-02898 SC

1 | instead of:

2 |           Alschuler Grossman Stein & Kahan LLP
3 |                    The Water Garden
                      1620 26th Street
4 |               Fourth Floor, North Tower
             Santa Monica, CA  90404-4060

5 |      To the extent that the Court approves the substitution of law firms, then Steptoe &

6 | Johnson LLP will also amend Mr. Neubauer and Ms. Edelson's ECF registrations for this

7 | case to reflect the change in their law firms as well.

8 |      This substitution is approved by Plaintiff and both sets of law firm as follows:

9 | DATED: July 1, 2006           JOHNSON & JOHNSON VISION CARE, INC.
10 |                                  (PLAINTIFF)

11 |
12 |                               By_____
13 |                                  DONNA MALIN
                                 Its authorized representative

14 | DATED: July 1, 2006           ALSCHULER GROSSMAN STEIN & KAHAN LLP

15 |
16 |                               By_____
17 |                                  BRUCE A. FRIEDMAN
                                 Proposed Prior counsel to Plaintiff
18 |                                  JOHNSON & JOHNSON VISION CARE, INC.

19 | DATED: July 1, 2006           STEPTOE & JOHNSON LLP
                                 MARK A. NEUBAUER
20 |                                  REBECCA EDELSON

21 |
22 |                               By_____
23 |                                  MARK A. NEUBAUER
                                 Proposed New Counsel To Plaintiff
24 |                                  JOHNSON & JOHNSON VISION CARE, INC.

25 |
26 |
27 |
28 |

## ORDER

The following shall be substituted in as Plaintiff's counsel of record as of July 1, 2006:

STEPTOE & JOHNSON LLP
Mark A. Neubauer, Esq.
Rebecca Edelson, Esq.
2121 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310-734-3300
Email: mneubauer@steptoe.com
Email: bedelson@steptoe.com

and Alschuler Grossman Stein & Kahan LLP shall be substituted out as of that date.

DATED: 7/25/06 , 2006

THE HONORABLE SAMUEL CONTI
United States District Court Judge

IT IS SO ORDERED
Judge Samuel Conti