MARK A. NEUBAUER (State Bar No. 73728)
REBECCA EDELSON (State Bar No. 150464)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 900
Los Angeles, California 90067-5052
Telephone:   310-734-3200
Facsimile:   310-734-3300

**Attorneys for Plaintiff**
**Johnson & Johnson Vision Care, Inc.**

GARY E. WEISS (State Bar No. 122962)
DENISE M. MINGRONE (State Bar No. 135224)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

MICHAEL D. WEIL (State Bar No. 209056)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

**Attorneys for Defendant**
**Genentech, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 06 2898 SC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF PARTIES' INITIAL DISCLOSURES AND DISCUSSION OF DISCOVERY PLAN PURSUANT TO F.R.C.P. 26(a)(1) |

1  Plaintiff Johnson & Johnson Vision Care, Inc., on the one hand, and Defendant
2  Genentech, Inc., on the other hand, through their respective counsel and pursuant to Federal Rule
3  of Civil Procedure 26(a)(1)(E), HEREBY STIPULATE and AGREE as follows:
4  Initial disclosures and discussion of a discovery plan shall be postponed until 30 calendar
5  days after the Court's ruling on the pending motion to dismiss the Complaint or 10 court days
6  after the filing of the Answer to the operative Complaint, whichever is earlier. This agreement
7  does not prejudice either party's right to seek or object to further extensions of the deadlines for
8  initial disclosures and/or discussion of a discovery plan pending future motions to dismiss and/or
9  amended complaints, if any. Defendant submits that the initial disclosures and discussion of a
10 discovery plan should wait until an answer is filed so the scope of the pleadings and, thus,
11 discovery will be more settled. Plaintiff's agreement to this proposal by Defendant shall not be
12 construed as any suggestion that Defendant's motion to dismiss has any merit or should be
13 granted

14 SO STIPULATED:

15 Dated: July 25, 2006

MARK A. NEUBAUER
REBECCA EDELSON
STEPTOE & JOHNSON LLP

By: /s/ Rebecca Edelson
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.

Dated: July __, 2006

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: / s /
Michael D. Weil
Attorneys for Defendant
Genentech, Inc.

[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 7/25/06]

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | Dated: _____

_____
The Honorable Samuel Conti
United States District Court Judge