MARK A. NEUBAUER (State Bar No. 73728)
REBECCA EDELSON (State Bar No. 150464)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 900
Los Angeles, California 90067-5052
Telephone:    310-734-3200
Facsimile:    310-734-3300

**Attorneys for Plaintiff**
**Johnson & Johnson Vision Care, Inc.**

GARY E. WEISS (State Bar No. 122962)
DENISE M. MINGRONE (State Bar No. 135224)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

MICHAEL D. WEIL (State Bar No. 209056)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

**Attorneys for Defendant**
**Genentech, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  C 06 2898 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF PARTIES' INITIAL DISCLOSURES AND DISCUSSION OF DISCOVERY PLAN PURSUANT TO F.R.C.P. 26(a)(1)** |

1    Plaintiff Johnson & Johnson Vision Care, Inc., on the one hand, and Defendant
2 Genentech, Inc., on the other hand, through their respective counsel and pursuant to Federal Rule
3 of Civil Procedure 26(a)(1)(E), HEREBY STIPULATE and AGREE as follows:
4    On July 25, 2006, the Court executed the parties' stipulation and order that initial
5 disclosures and discussion of a discovery plan shall be postponed until 30 calendar days after the
6 Court's ruling on Genentech's motion to dismiss or 10 court days after filing of the Answer to the
7 operative complaint, whichever is earlier. On August 3, 2006, the Court granted Genentech's
8 motion to dismiss all of J&J Vision's claims and gave J&J Vision 30 days to file an amended
9 complaint. Accordingly, the parties' initial disclosures would be due the same day that J&J
10 Vision's amended complaint is due. Genentech contends that the initial disclosures and
11 discussion of a discovery plan should wait until the Answer is filed so the scope of the pleadings
12 and, thus, discovery will be more settled.
13    Accordingly, the parties stipulate and agree that initial disclosures and discussion of a
14 discovery plan shall be further postponed until 30 calendar days after the filing of the Answer to
15 an operative Complaint. This agreement does not prejudice either party's right to seek or object
16 to further extensions of the deadlines for initial disclosures and/or discussion of a discovery plan.
17    SO STIPULATED:

Dated: August 15, 2006

MARK A. NEUBAUER
REBECCA EDELSON
STEPTOE & JOHNSON LLP

By: _____/s/_____
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.

Dated: August 15, 2006

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/ s /_____
Michael D. Weil
Attorneys for Defendant
Genentech, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __8/21/06_____

_____
Judge Samuel Conti
United States District Court Judge

IT IS SO ORDERED
Judge Samuel Conti