1  MARK A. NEUBAUER (State Bar No. 73728)
   REBECCA EDELSON (State Bar No. 150464)
2  STEPTOE & JOHNSON LLP
   2121 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-5052
   Telephone:  310-734-3200
4  Facsimile:  310-734-3300

5  **Attorneys for Plaintiff**
   **Johnson & Johnson Vision Care, Inc.**
6
   GARY E. WEISS (State Bar No. 122962)
7  DENISE M. MINGRONE (State Bar No. 135224)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  1000 Marsh Road
   Menlo Park, California 94025
9  Telephone:  650-614-7400
   Facsimile:  650-614-7401
10
   MICHAEL D. WEIL (State Bar No. 209056)
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
12 405 Howard Street
   San Francisco, California 94105-2669
13 Telephone:  415-773-5700
   Facsimile:  415-773-5759
14
   **Attorneys for Defendant**
15 **Genentech, Inc.**

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation, | Case No. C 06 2898 SC |
| 22              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE OF PLAINTIFF'S TIME TO FILE AN AMENDED COMPLAINT** |
| 23       v. | |
| 24  GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| 25              Defendants. | |

26
27
28

1 | Plaintiff Johnson & Johnson Vision Care, Inc. ("Plaintiff"), on the one hand, and
2 | Defendant Genentech, Inc. ("Defendant"), on the other hand, through their respective counsel,
3 | HEREBY STIPULATE and AGREE as follows subject to the Court's approval:

4 | On August 3, 2006, the Court issued an Order Granting Defendant's Motion to Dismiss
5 | with leave to amend and that order granted Plaintiff thirty days from the date of the order to file
6 | an amended Complaint. The deadline to file an amended Complaint thus is currently September
7 | 5, 2006 (i.e., since the thirtieth day falls on the weekend followed by the Labor Day holiday).

8 | The parties have decided that they would like to attempt to settle this matter before there
9 | is any need to file an amended Complaint which will trigger other litigation demands and
10 | deadlines (e.g., response to the amended Complaint, initial disclosures and discovery plan, etc.).
11 | It would be injurious to the settlement process for the parties and counsel to have to devote
12 | substantial time and resources to address those litigation demands and deadlines and it would be
13 | an unnecessary use of the parties', counsel's and the Court's resources to address them if this
14 | matter is to settle very shortly.

26 | ///
27 | ///
28 | ///

1  Accordingly, the parties stipulate and agree, subject to the Court's approval, that
2  Plaintiff's time to file an amended Complaint shall be continued 30 calendar days until October 5,
3  2006.
4  SO STIPULATED:
5  Dated: August 30, 2006    MARK A. NEUBAUER
                              REBECCA EDELSON
6                             STEPTOE & JOHNSON LLP
7
8  By: /s/ Rebecca Edelson
                              Rebecca Edelson
9                             Attorneys for Plaintiff
                              Johnson & Johnson Vision Care, Inc.
10
11 Dated: August 30, 2006    GARY E. WEISS
                              DENISE M. MINGRONE
12                            MICHAEL D. WEIL
                              ORRICK, HERRINGTON & SUTCLIFFE LLP
13
14
15 By: / s /
                              Michael D. Weil
                              Attorneys for Defendant
16                            Genentech, Inc.
17
18                            [PROPOSED] ORDER
19 PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's time to file an
20 amended Complaint shall be continued 30 calendar days until October 5, 2006.
21 Dated: 9/5, 2006
22
23                            IT IS SO ORDERED
24                            /s/ Judge Samuel Conti
25                            The Honorable Samuel Conti
                              United States District Court Judge
26
27
28