1  MARK A. NEUBAUER (State Bar No. 73728)
   REBECCA EDELSON (State Bar No. 150464)
2  redelson@steptoe.com
   STEPTOE & JOHNSON LLP
3  2121 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-5052
4  Telephone:   310-734-3200
   Facsimile:   310-734-3300
5
   **Attorneys for Plaintiff**
6  **Johnson & Johnson Vision Care, Inc.**

7  GARY E. WEISS (State Bar No. 122962)
   DENISE M. MINGRONE (State Bar No. 135224)
8  dmingrone@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, California  94025
10 Telephone:   650-614-7400
   Facsimile:   650-614-7401
11
   MICHAEL D. WEIL (State Bar No. 209056)
12 mweil@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 The Orrick Building
   405 Howard Street
14 San Francisco, California  94105-2669
   Telephone:   415-773-5700
15 Facsimile:   415-773-5759

16 **Attorneys for Defendant**
   **Genentech, Inc.**
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21

22 | JOHNSON & JOHNSON VISION CARE, | Case No.  C 06 2898 SC |
   | INC., a Florida corporation, | |
23 | | **STIPULATION AND [PROPOSED]** |
   | Plaintiff, | **ORDER CONTINUING DATE FOR** |
24 | | **PLAINTIFF TO FILE AN AMENDED** |
   | v. | **COMPLAINT, SETTING DATE FOR** |
25 | | **DEFENDANT TO FILE A MOTION** |
   | GENENTECH, INC., a Delaware corporation; | **TO DISMISS, AND CONTINUING** |
26 | and DOES 1 through 50, inclusive, | **THE DATE SET FOR THE CASE** |
   | | **MANAGEMENT CONFERENCE;** |
27 | Defendants. | **DECLARATION OF REBECCA** |
   | | **EDELSON** |
28

US_WEST:260071230.1                          1           STIP. AND [PROP.] ORDER CONT. TIME TO FILE AM.
                                                         COMPL. / CONT. OF CASE MGMT CONF. (CASE NO. C 06
                                                         2898 EMC)

                                                                                    Doc. #137175 v.1

1  Plaintiff Johnson & Johnson Vision Care, Inc. ("Plaintiff"), on the one hand, and
2  Defendant Genentech, Inc. ("Defendant"), on the other hand, through their respective counsel,
3  HEREBY STIPULATE and AGREE as follows subject to the Court's approval:
4  On August 2, 2006, the Court ordered the case management conference set for August 4,
5  2006 continued until November 17, 2006. On August 3, 2006, the Court issued an Order
6  Granting Defendant's Motion to Dismiss with leave to amend and that order granted Plaintiff
7  thirty days from the date of the order to file an amended Complaint.
8  The parties then decided that they would like to attempt to settle this matter before there
9  was any need to file an amended Complaint which will trigger other litigation demands and
10 deadlines (e.g., response to the amended Complaint, initial disclosures and discovery plan, etc.).
11 On that basis the Court ordered that Plaintiff's time to file an amended Complaint was continued
12 until October 5, 2006. See Stipulation and Order Continuing Plaintiff's time to File an Amended
13 Complaint filed on September 5, 2006.
14 Thereafter, consistent with that Stipulation, the parties have engaged in settlement
15 negotiations. They have exchanged, and are in the process of exchanging, written settlement
16 proposals and believe a further continuance of the litigation demands and deadlines (such as the
17 Plaintiffs' time to file an amended complaint and preparing for and attending the case
18 management conference) would be productive to the settlement process. It would be injurious to
19 the settlement process for the parties and counsel to have to devote substantial time and resources
20 to address those litigation demands and deadlines and it would be an unnecessary use of the
21 parties', counsel's and the Court's resources to address them if this matter is to settle very shortly.
22 The parties also currently desire to continue the case management conference until the
23 pleadings are more settled and to be more consistent with the time set for the initial disclosures
24 and discussion of a discovery plan. Indeed, on August 22, 2006, the Court entered an order that
25 the initial disclosures and discussion of the discovery plan shall be postponed until 30 days after
26 the filing of the Answer to an operative Complaint. Thus, the parties submit that the case
27 management conference should be continued similarly as well.
28 Accordingly, the parties stipulate and agree, subject to the Court's approval and calendar,

that Plaintiff's time to file an amended Complaint shall be continued to November 20, 2006, that the hearing on any motion to dismiss the amended Complaint filed by Defendant shall be set for January 26, 2007, and that the November 17, 2006 case management conference is continued to February 9, 2007 at 10:00 a.m. The parties shall file a Joint Statement no later than February 2, 2007.

SO STIPULATED:

Dated:  October 2, 2006

MARK A. NEUBAUER
REBECCA EDELSON
STEPTOE & JOHNSON LLP


By: _____/s/_____
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.


Dated:  October 2, 2006

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/ s /_____
Denise M. Mingrone
Attorneys for Defendant
Genentech, Inc.


[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's time to file an amended Complaint shall be continued until November 20, 2006, the hearing on Defendant's motion to dismiss the amended Complaint shall be set for January 26, 2007, and the November 17, 2006 case management conference is continued to February 9, 2007 at 10:00 a.m. The parties shall file a Joint Statement no later than February 2, 2007.

Dated: __October 5__, 2006    _____
The Honorable Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

DECLARATION OF
REBECCA EDELSON

## DECLARATION OF REBECCA EDELSON

I, Rebecca Edelson, hereby declare and state as follows:

1.	I am a partner of the firm of Steptoe & Johnson LLP, counsel of record for Plaintiff Johnson & Johnson Vision Care, Inc. ("Plaintiff") in this action. I have personal knowledge of the facts stated herein, and if called as a witness I could and would competently testify thereto.

2.	On May 25, 2006, the Court changed the case management conference for this action from August 2, 2006 until August 4, 2006. On or about June 9, 2006, the parties stipulated to continue the hearing on Defendant's motion to dismiss from July 7, 2006 until July 24, 2006 due to the unavailability of one of the attorneys of record for a July 7 hearing. On July 25, 2006, pursuant to the stipulation of the parties, the Court ordered that initial disclosures and discussion of a discovery plan shall be postponed until 30 days after the ruling on the then pending motion to dismiss or 10 days after the filing of the answer to the operative complaint, whichever is earlier. On August 2, 2006, the Court ordered the case management conference set for August 4, 2006 continued until November 17, 2006. On August 3, 2006, the Court issued an Order Granting Defendant's Motion to Dismiss with leave to amend and granting Plaintiff thirty days from the date of the order to file an amended Complaint. On August 22, 2006, pursuant to the Stipulation of the Parties, the Court ordered that the initial disclosures and discussion of the discovery plan shall be postponed until 30 days after the filing of the Answer to an operative Complaint.

3.	The parties then decided that they would like to attempt to settle this matter before there was any need to file an amended Complaint which will trigger other litigation demands and deadlines (e.g., response to the amended Complaint, initial disclosures and discovery plan, etc.). On that basis the Court ordered on September 5, 2006, pursuant to the stipulation of the parties, that Plaintiff's time to file an amended Complaint was continued until October 5, 2006.

4.	Thereafter, consistent with that Stipulation, the parties have engaged in settlement negotiations. They have exchanged, and are in the process of exchanging, written settlement proposals and believe a further continuance of the litigation demands and deadlines would be productive to the process.

5. The parties continue to desire to attempt to settle this matter before there is any need to file an amended Complaint which will trigger other litigation demands and deadlines (e.g., response to the amended Complaint, initial disclosures and discovery plan, the November 17, 2006 case management conference etc.) and believe it would be injurious to the settlement process for the parties and counsel to have to devote substantial time and resources to address those litigation demands and deadlines and it would be an unnecessary use of the parties', counsel's and the Court's resources to address them if this matter is to settle very shortly. The parties also currently desire to continue the case management conference until the pleadings are more settled and to be more consistent with the time set for the initial disclosures and discussion of a discovery plan.

6. Accordingly, the parties hereby request that Plaintiff's time to file an amended Complaint and the November 17, 2006 case management conference be continued as set forth in the stipulation filed herewith.

7. This requested continuance will not have any other perceived effect on the schedule for the case since no trial or other related deadlines have been set yet and, in fact, the case is still in the pleading stage. As stated above, Plaintiff still must file an amended Complaint and the Defendant has yet to answer any operative complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 1, 2006

*Rebecca Edelson*

REBECCA EDELSON