MARK A. NEUBAUER (State Bar No. 73728)
REBECCA EDELSON (State Bar No. 150464)
CARLA A. VELTMAN (State Bar No. 223910)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 900
Los Angeles, California 90067-5052
Telephone:   310-734-3200
Facsimile:   310-734-3300

**Attorneys for Plaintiff**
**Johnson & Johnson Vision Care, Inc.**

GARY E. WEISS (State Bar No. 122962)
DENISE M. MINGRONE (State Bar No. 135224)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

MICHAEL D. WEIL (State Bar No. 209056)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

**Attorneys for Defendant**
**Genentech, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. C 06 2898 SC<br><br>**STIPULATION CONTINUING DUE DATE OF DEFENDANT GENENTECH, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**LOCAL RULE 6-1(A)** |

US_WEST:260061268.1

STIPULATION CONTINUING DATE OF RESPONSE TO
1ST AMEND COMPLAINT (No. C 06 2898 SC)

Plaintiff Johnson & Johnson Vision Care, Inc. ("Plaintiff" or "J&J"), on the one hand, and Defendant Genentech, Inc. ("Defendant" or "Genentech"), on the other hand, through their respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as follows:

1. On November 20, 2006, the Court signed the parties' proposed order stipulating that plaintiff J&J's time to file an amended Complaint be continued until January 5, 2007. The Court also ordered that the February 9, 2007 Case Management Conference be continued to April 20, 2007, with the parties filing a Joint Statement no later than March 23, 2007.

2. Plaintiff J&J electronically filed and served its First Amended Complaint ("Complaint") on January 5, 2007. According to FRCP 15(a), Defendant Genentech's response is due on January 25, 2007. The parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be continued three (3) weeks, until February 15, 2007.

SO STIPULATED.

Dated: January 16, 2007

MARK A. NEUBAUER
REBECCA EDELSON
CARLA A. VELTMAN
STEPTOE & JOHNSON LLP

By:         / s /
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.

Dated: January 16, 2007

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:         / s /
Michael D. Weil
Attorneys for Defendant
Genentech, Inc.

*IT IS SO ORDERED*
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA