1  MARK A. NEUBAUER (State Bar No. 73728)
   REBECCA EDELSON (State Bar No. 150464)
2  CARLA A. VELTMAN (State Bar No. 223910)
   STEPTOE & JOHNSON LLP
3  2121 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-5052
4  Telephone:   310-734-3200
   Facsimile:   310-734-3300
5
   **Attorneys for Plaintiff**
6  **Johnson & Johnson Vision Care, Inc.**

7  GARY E. WEISS (State Bar No. 122962)
   DENISE M. MINGRONE (State Bar No. 135224)
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
9  Menlo Park, California 94025
   Telephone:   650-614-7400
10 Facsimile:   650-614-7401

11 MICHAEL D. WEIL (State Bar No. 209056)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, California 94105-2669
   Telephone:   415-773-5700
14 Facsimile:   415-773-5759

15 **Attorneys for Defendant**
   **Genentech, Inc.**
16

FILED
JAN 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA
19                   SAN FRANCISCO DIVISION
20

| | |
|---|---|
| JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06 2898 SC<br><br>**STIPULATION CONTINUING DUE DATE OF DEFENDANT GENENTECH, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**LOCAL RULE 6-1(A)** |

US_WEST:260061268.1

STIPULATION CONTINUING DATE OF RESPONSE TO
1ST AMEND COMPLAINT (No. C 06 2898 SC)

1  Plaintiff Johnson & Johnson Vision Care, Inc. ("Plaintiff" or "J&J"), on the one hand, and
2  Defendant Genentech, Inc. ("Defendant" or "Genentech"), on the other hand, through their
3  respective counsel, HEREBY STIPULATE and AGREE pursuant to Local Rule 6-1(a) as
4  follows:

5      1.    On November 20, 2006, the Court signed the parties' proposed order stipulating
6  that plaintiff J&J's time to file an amended Complaint be continued until January 5, 2007. The
7  Court also ordered that the February 9, 2007 Case Management Conference be continued to
8  April 20, 2007, with the parties filing a Joint Statement no later than March 23, 2007.
9      2.    Plaintiff J&J electronically filed and served its First Amended Complaint
10  ("Complaint") on January 5, 2007. According to FRCP 15(a), Defendant Genentech's response is
11  due on January 25, 2007. The parties stipulate and agree that Defendant's time to respond to
12  Plaintiff's Complaint shall be continued three (3) weeks, until February 15, 2007.

13  SO STIPULATED.

14  Dated: January 16, 2007
    MARK A. NEUBAUER
15      REBECCA EDELSON
    CARLA A. VELTMAN
16      STEPTOE & JOHNSON LLP

17
    By:    / s /
18      Rebecca Edelson
    Attorneys for Plaintiff
19      Johnson & Johnson Vision Care, Inc.

20  Dated: January 16, 2007
    GARY E. WEISS
21      DENISE M. MINGRONE
    MICHAEL D. WEIL
22      ORRICK, HERRINGTON & SUTCLIFFE LLP

23
24      By:    / s /
    Michael D. Weil
25      Attorneys for Defendant
    Genentech, Inc.

IT IS SO ORDERED
U.S. DISTRICT JUDGE