| | |
|---|---|
| 1 | MARK A. NEUBAUER (State Bar No. 73728) |
| 2 | REBECCA EDELSON (State Bar No. 150464)<br>CARLA A. VELTMAN (State Bar No. 223910) |
| 3 | STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067-5052<br>Telephone:   310-734-3200 |
| 5 | Facsimile:   310-734-3300 |
| 6 | **Attorneys for Plaintiff**<br>**Johnson & Johnson Vision Care, Inc.** |
| 7 | GARY E. WEISS (State Bar No. 122962) |
| 8 | DENISE M. MINGRONE (State Bar No. 135224)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | 1000 Marsh Road<br>Menlo Park, California  94025 |
| 10 | Telephone:   650-614-7400<br>Facsimile:   650-614-7401 |
| 11 | MICHAEL D. WEIL (State Bar No. 209056) |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 13 | 405 Howard Street<br>San Francisco, California  94105-2669 |
| 14 | Telephone:   415-773-5700<br>Facsimile:   415-773-5759 |
| 15 | **Attorneys for Defendant**<br>**Genentech, Inc.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNSON & JOHNSON VISION CARE, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 06 2898 SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

OHS West:260169627.1

STIPULATION OF DISMISSAL WITH PREJUDICE
(No. C 06 2898 SC)

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

SO STIPULATED.

Dated: February 8, 2007

MARK A. NEUBAUER
REBECCA EDELSON
CARLA A. VELTMAN
STEPTOE & JOHNSON LLP

By: / s /
Rebecca Edelson
Attorneys for Plaintiff
Johnson & Johnson Vision Care, Inc.

Dated: February 8, 2007

GARY E. WEISS
DENISE M. MINGRONE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: / s /
Michael D. Weil
Attorneys for Defendant
Genentech, Inc.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA